CAT. 2

**FILED**
**2/14/2024**
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

**JUDGE GETTLEMAN**
**MAGISTRATE JUDGE KIM**
**AXA  18CR461-2**

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS

## DESIGNATION SHEET FOR CRIMINAL PROCEEDINGS

1. Is this an information arising out of offenses charged in one or more previously filed complaints signed by a magistrate judge? **Yes**

    1a. If the answer is "Yes," list the case number and title of the earliest filed complaint: ***United States v. Tam Nguyen*, 18 CR 461-2**

    1b. Should this information receive a new case number from the Court? **No**

2. Is this an information that supersedes one or more previously filed informations? **Yes**

    2a. If the answer is "Yes," list the case number and title of the earliest filed superseded information and the name of the assigned judge (Local Rule 40.3(b)(2)): ***United States v. Tam Nguyen*, 18 CR 461-2, Judge Gettleman**

3. Is this a re-filing of a previously dismissed information? **No**

4. Is this a case arising out of the failure of the defendant to appear in a criminal proceeding in this Court? **No**

5. Is this a transfer of probation supervision from another district to this District? **No**

6. What level of offense is this information? **Felony**

7. Does this information involve eight or more defendants? **No**

8. Does this information include a conspiracy count? **Yes**

9. Identify the type of offense that describes the count, other than any conspiracy count, with the most severe penalty: **DAPCA Narcotics (III)**

10. List the statute of each of the offenses charged in the information.
    **Title 21, United States Code, Section 846**

    */s/ Kartik K. Raman*
    Kartik K. Raman
    Assistant United States Attorney